## SUSAN ISSLER *v.* JAMES ISSLER

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 58 (AC 16463), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment of contempt of court?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16017.

*Steven D. Ecker, Howard A. Jacobs* and *Shirley V. Hoogstra*, in support of the petition.

*Kathleen A. Hogan*, in opposition.

Decided October 8, 1998